

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-21-00161-CV |
| Trial Court Cause Number: | 2021-07817 |
| Style: | Six Brothers Concrete Pumping, LLC and Joseph Lowry |
| | v. Martin Tomczak |
| Date motion filed*: | 9/2/2021 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | Appellants Six Brothers Concrete Pumping, LLC and Joseph Lowry |
| Document to be filed: | Appellants' Supplemental Brief |

Is appeal accelerated? ☒ Yes ☐ No

If motion to extend time:

| | |
|---|---|
| Original due date: | September 2, 2021 |
| Number of previous extensions granted: | None |
| Date Requested: | 7 days |

Ordered that motion is:

☒ Granted

      If document is to be filed, document due: **September 9, 2021**

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

1. The supplemental brief of appellants, Six Brothers Concrete Pumping, LLC and Joseph Lowry, regarding the order denying the TCPA motion to dismiss is **due September 9, 2021**.

2. The response brief of appellee, Martin Tomczak, regarding the order denying the TCPA motion to dismiss is **due September 30, 2021**.

3. The reply brief of appellants, Six Brothers Concrete Pumping, LLC and Joseph Lowry, regarding both the temporary injunction and the TCPA motion to dismiss is **due October 14, 2021**.

Judge's signature: /s/ Peter Kelly

      ☒ Acting individually      ☐ Acting for the Court

Date: September 3, 2021